**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>9mm machinegun manufactured by Parabellum Combat Systems/ Silver Bullet Gun Works (Trigger pack), Model PCS-9, Serial No. 50799;<br>9mm machinegun manufactured by Group Industries/ Silver Bullet Gun Works (bolt), Model UZI, Serial No. 790111;<br>9mm machinegun manufactured by Glock/ Silver Bullet Gun Works, Model 19, Serial No. YDE825;<br>.223 caliber machinegun manufactured by Heckler & Koch / Silver Bullet Gun Works, Model MP5, Serial No. 009;<br>.223 caliber machinegun manufactured by Heckler & Koch/ Silver Bullet Gun Works, Model HK93, Serial No. 507;<br>9mm machinegun manufactured by Silver Bullet Gun Works, Model PPSH-41, Serial No. 417;<br>9mm machinegun manufactured by MK Arms/ Silver Bullet Gun Works, Model MK760, Serial No. C0067;<br>7.62 caliber machinegun manufactured by Silver Bullet Gun Works, Model AK-47, Serial No. 013118; | 3:19-CV-496-LRH-CBC<br><br>**Order for Summonses and Warrants of Arrest in Rem for the Property and Notice** |

7.62 caliber machinegun manufactured by Silver Bullet Gun Works, Model KRINKOV, Serial No. KL507;

.223 caliber machinegun manufactured by Bushmaster/ Silver Bullet Gun Works, Model XM15E2S, Serial No. L420020;

7.62 caliber machinegun manufactured by Jaco Sales Co. LLC, Model RPD, Serial No. 0218;

8mm machinegun manufactured by William D Bowman Law Enforcement Technology/LET, Model MADSEN1904, Serial No. 523;

.45 caliber machinegun manufactured by William D Bowman Law Enforcement Technology/LET, Model M1A1, Serial No. 1002;

.308 caliber machinegun manufactured by Leonard, Benny W; Benny Leonard, Model MG42, Serial No. 1924;

8mm machinegun manufactured by Jaco Sales Co. LLC, Model MG34, Serial No. 8904;

5.56 caliber machinegun manufactured by Jaco Sales Co. LLC, Model MARCK15, Serial No. 30090;

9mm machinegun manufactured by Silver Bullet Gun Works, Model SIG MPX, Serial No. 103117;

.308 caliber machinegun manufactured by Jaco Sales Co. LLC, Model L1A1SPORTER, Serial No. 124852;

.223 caliber machinegun manufactured by D.S. Arms Inc., Model M249, Serial No. SAW007;

5.45 caliber machinegun manufactured by Jaco Sales Co. LLC, Model AUSA, Serial No. AA5597;

7.62 caliber machinegun manufactured by Jaco Sales Co. LLC, Model AUSA, Serial No. AA5654;

7.62 caliber machinegun manufactured by SAS Products, Model PKM, Serial No. BE412;

9mm machinegun manufactured by Jaco Sales Co. LLC, Model M31SA, Serial No. H002448;

9mm machinegun manufactured by Jaco Sales Co. LLC, Model NDS1948, Serial No. IDF0502;
.30 caliber machinegun manufactured by Jaco Sales Co. LLC, Model M2, Serial No. J7001;
7.62 caliber machinegun manufactured by JCD Tactical Law Enforcement Sales, Model 1919A4, Serial No. JCDA4-001;
9mm machinegun manufactured by Jaco Sales Co. LLC, Model M45, Serial No. K1308;
7.62 caliber machinegun manufactured by Jaco Sales Co. LLC, Model M60, Serial No. M1302;
7.62 caliber machinegun manufactured by Jaco Sales Co. LLC, Model MAG58, Serial No. MAG1131;
7.62 caliber machinegun manufactured by Jaco Sales Co. LLC, Model DP28, Serial No. SMG10-DP041;
.303 caliber machinegun manufactured by Jaco Sales Co. LLC, Model BRENMK1, Serial No. SMG12-028;
9mm machinegun manufactured by Jaco Sales Co. LLC, Model STERLINGSPO, Serial No. WLA210-C04185; and
7.62 caliber machinegun manufactured by Jaco Sales Co. LLC, Model PPS43C, Serial No. KT01312P,

Defendants.

A Complaint for Forfeiture in Rem arising from a federal statute has been filed by the United States of America pursuant to Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (Fed. R. Civ. P. Supp. Rule) G. The Court, having reviewed the Complaint, has found probable cause and that the United States has possession of the defendant property; therefore, the clerk shall issue a Summons and Warrant of Arrest in Rem for the Property, pursuant to Fed. R. Civ. P. Supp. Rule G(3)(b).

/ / /

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Summonses and Warrants of Arrest in Rem for the Property issue against the above described property (property);

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States seize, arrest, attach, take into custody, and retain the property;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that notice of the action and the arrest be given by the United States on the United States' official internet forfeiture site, www.forfeiture.gov, for at least 30 consecutive days pursuant to Fed. R. Civ. P. Supp. Rule G(4)(a)(iv) which is reasonably calculated to notify potential claimants of this action;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that a copy of the Complaint for Forfeiture In Rem, this Order, the Summonses and Warrants of Arrest in Rem for the Property, and the Notice of Complaint for Forfeiture and Arrest be personally served or sent by certified mail, return receipt requested, and regular mail to any person who reasonably appears to be a potential claimant on facts known to the United States before the end of the 60 day publication period which is reasonably calculated to notify potential claimants of this action;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States shall file proof of publication and service with the Clerk of this Court;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that a person or an entity who asserts an interest in the defendant property must, pursuant to Fed. R. Civ. P. Supp. Rule G(5), file a verified claim, setting forth the person's or its interest in the property, that (a) identifies the specific property claimed, (b) identifies the claimant and

/ / /

states the claimant's interest in the property, and (c) is signed by the claimant under penalty of perjury pursuant to 28 U.S.C. § 1746;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must file the verified claim with the Clerk of the above-entitled Court no later than 35 days after the notice is sent or, if direct notice was not sent, no later than 60 days after the first day of publication on the official internet government forfeiture site, www.forfeiture.gov;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must file an answer to the Complaint for Forfeiture in Rem or a motion under Rule 12 with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, Nevada 89501, no later than 21 days after filing the verified claim;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must serve a copy of the verified claim and the answer at the time of each filing on James A. Blum, Assistant United States Attorney, 501 Las Vegas Boulevard South, Suite 1100, Las Vegas, Nevada 89101.

Failure to file a verified claim and an answer within the prescribed times shall result in a judgment of forfeiture by default.

DATED this 22nd day of August, 2019.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE