AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

9mm machinegun manufactured by Parabellum Combat Systems/ Silver Bullet Gun Works, Model PCS-9, Serial No. 50799, et al

        Defendant.

JUDGMENT IN A CIVIL CASE

Case Number:  3:19-CV-00496-LRH-CLB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of the United States.

Date: July 10, 2020

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_